UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHARON NETTLETON,

      Plaintiff,

   v.

COUNTY OF DESCHUTES; and
STATE OF OREGON,

      Defendants.

Case No. 6:18-CV-0482-TC

OPINION AND ORDER

**MCSHANE, Judge**:

Magistrate Judge Thomas M. Coffin filed a Findings & Recommendation ("F&R") on June 8, 2018, ECF No. 5, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although Plaintiff filed no objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude that the F&R is correct. Judge Coffin's F&R is adopted in full. This action is DISMISSED for failure to prosecute and failure to follow a court order.

IT IS SO ORDERED.

DATED this 22nd day of June, 2018.

                /s/ Michael McShane_____
                Michael J. McShane
                United States District Judge